CA05-3395

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-3533 CITIBANK SOUTH DAKOTA V KENNETH DELASHMUTT

Filing Date: 07-11-2005 Case Type: BOOK ACCOUNT
Case Status: CLOSED DURING DISCOVERY Status Date: 08-09-2005

Plaintiff: CITIBANK SOUTH DAKOTA Attorney: THOMAS GAVLICK
ID: @10277175

Defendant: KENNETH DELASHMUTT
ID: @10277176

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-11-2005 | COMPLAINT FILED | |
| 07-11-2005 | INITIAL FILING FEE | |
| 07-11-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP207498. |
| 08-09-2005 | NOTICE OF REMOVAL | Affiliated: DELASHMUTT, KENNETH |
| 08-09-2005 | CASE REMVD TO US DISTRICT CT | Affiliated: DELASHMUTT, KENNETH |
| 08-09-2005 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



2