STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

Citibank (South Dakota), N.A.

vs.

C. A. No. PC-05-3533

Kenneth M. Delashmutt, Alias

**C O M P L A I N T**

The Plaintiff complaining of the Defendant, by its Attorney, Thomas J. Gavlick, respectfully shows and alleges:

**COUNT ONE**

That the Defendant owes the Plaintiff the sum of $10,481.79 with interest from May, 2005 to date in the sum of $104.82 on account number accordance with the account hereto annexed and marked Exhibit "A".

**COUNT TWO**

That the Defendant owes the Plaintiff the sum of $10,481.79 with interest from May, 2005 to date in the sum of $104.82 for credit card purchases made by the Defendant on account number

**WHEREFORE**, the Plaintiff demands judgment against the Defendant for the sum of $10,586.61, plus interest, costs, and a reasonable attorney fee, a sum sufficient to invoke the jurisdiction of this court.

Citibank (South Dakota) N.A.
By its Attorney,

Thomas J. Gavlick, Esq.#0988
FLEISIG & GAVLICK
355 Thayer Street
Providence, RI 02906
(401) 331-6266

July 7, 2005

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2005 JUL 11 A 10:46

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island