# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CITIBANK (SOUTH DAKOTA) N.A.

Plaintiff,

vs.

KENNETH M. DELASHMUTT

**Kenneth M; DeLashmutt,**
**By special appearance granting limited jurisdiction**

Defendant.

Civil Action Number: **05-CV-00339-S-DLM**

Judge: WILLIAM E. SMITH

# DEFENDANT'S REQUEST FOR A 15-DAY ENLARGEMENT (EXTENTION) OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND

Comes now the *alleged* Defendant, Kenneth M; Delashmutt, *speaking for himself without the assistance of counsel,* hereby REQUESTING A 15-DAY ENLARGEMENT (EXTENTION) OF TIME TO RESPOND PLAINTIFF'S MOTION TO REMAND to properly response to the Plaintiff's COMPLAINT for Civil Action Number **05-CV-00339-S-DLM**, pursuant to **Rule 6(b)** of the **Federal Rules of Civil Procedure**.

The *alleged* Defendant requests the enlargement period since he is NOT schooled in the law and he is preparing his own response to the above referenced COMPLAINT. The *alleged* Defendant's response is NOT DUE UNTIL Monday, February 27, 2006. Thus, this REQUEST FOR ENLARGEMENT (EXTENSION) is being "***made before the expiration of the period***

***originally prescribed or as extended by a previous order*"** in compliance with **Rule 6(b)** of the **Federal Rules of Civil Procedure**.

Therefore, the *alleged* Defendant hereby requests that he be granted a **fifteen (15) day enlargement period** until **Tuesday, March 14, 2006**, to properly respond to the Plaintiff's MOTION FOR REMAND in accordance with **Rule 6(b)** of the **North Carolina Rules of Civil Procedure**.

Respectfully submitted on this the 27th day of February, 2006 by,

Kenneth M. DeLashmutt

Kenneth M; DeLashmutt, *Speaking for himself*
c/o 2064 MINERAL SPRINGS AVENUE
SUITE C
PROVIDENCE, RHODE ISLAND 02911
(401) 349-4717

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *alleged* REQUEST FOR AN ADDITIONAL 15-DAY ENLARGEMENT (EXTENTION) OF TIME TO RESPOND PLAINTIFF'S MOTION FOR REMAND, was hand delivered on February 27, 2006 for filing into the record to the CLERK OF COURT, IN THE UNTIED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, ONE EXCHANGE TERRACE, FEDERAL BUILDING and COURTHOUSE, PROVIDENCE, RHODE ISLAND, 02903, and will mail a true copy of this document to the *alleged* Plaintiff, CITIBANK (SOUTH DAKOTA) N.A.'s *alleged* attorneys, GERALD M. DE CELLES, at 1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND, 02909, and MARK T. ROMANO, of the law firm FLEISIG & GAVLICK, at 355 THAYER STREET, PROVIDENCE, RHODE ISLAND, 02909, by 5:00 P.M. on February 27, 2006.

Kenneth M. DeLashmutt

Kenneth M; DeLashmutt