UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CITIBANK (SOUTH DAKOTA), N.A., :
Plaintiff, :
:
v. : CA 05-339 S
:
KENNETH M. DELASHMUTT, :
Defendant. :

**ORDER GRANTING DEFENDANT'S REQUEST FOR ENLARGEMENT**

Before the Court is Defendant's Request for a 15-Day Enlargement (Extension) of Time to Respond to Plaintiff's Motion to Remand (Document ("Doc.") #4) ("Motion"). No objection having been filed, the Motion is hereby GRANTED. Defendant shall have until Friday, March 31, 2006, to file his response to Plaintiff's Motion to Remand (Doc. #3).

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
March 20, 2006

BY ORDER:

Deputy Clerk