UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CITIBANK (SOUTH DAKOTA), N.A., Plaintiff, v. KENNETH M. DELASHMUTT, Defendant. | C.A. No. 05-339S |

**ORDER**

Before the Court is Plaintiff's Motion to Remand. Although Defendant was granted an extension of time to respond to this motion, he did not. In his removal notice, Defendant listed several federal statutes and regulations, but provided no valid basis for removal. Even if Defendant intended to invoke diversity jurisdiction, see 28 U.S.C. § 1332, he would fail because the amount in controversy falls far below that required. Accordingly, Plaintiff's Motion to Remand is GRANTED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 4/7/06